IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  00-cv-1141-ZLW-OES

JAVIER SANTOS,

     Plaintiff,

v.

CIVIGENICS, INC.,
COUNTY OF PARK, COLORADO,
ADMINISTRATOR STEVE JAMES,
ASSISTANT ADMINISTRATOR DARLENE ELLIS,
CASE MANAGER DEBI JUST,

     Defendants.
_____

## ORDER OF DISMISSAL
_____

The matters before the Court are Plaintiff's Stipulated Motion To Dismiss filed October 11, 2005, and Stipulated Motion To Dismiss, With Prejudice, filed October 18, 2005, as well as Defendants' Submission Of Order filed on October 12, 2005.  In consideration thereof, it is

ORDERED that the Stipulated Motion To Dismiss [Doc. 142] and Stipulated Motion To Dismiss, With Prejudice [Doc. 145] are granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and fees.

DATED at Denver, Colorado, this  19  day of October, 2005.

                                      BY THE COURT:

                                      s/ Zita L. Weinshienk
                                      _____

                                      ZITA L. WEINSHIENK,  Senior Judge
                                      United States District Court